PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Matthew McKenna       **Docket Number:** 04-00176-001
    **PACTS Number:** 37531

**Name of Sentencing Judicial Officer:** Honorable Stanley R. Chesler, United States District Court Judge

**Date of Original Sentence:** 08/29/2005

**Original Offense:** <u>Count One</u>: Wire Fraud, <u>Count Ten</u>: Tax Evasion

**Original Sentence:** 41 months imprisonment, 3 years supervised release with the following special conditions: Full Financial Disclosure, Cooperate with the IRS, Mental Health Treatment, No New Debt, DNA testing, $592,034.50 restitution.

**Type of Supervision:** Supervised Release      **Date Supervision Commenced:** 06/06/08

**Assistant U.S. Attorney:** To be assigned. (Original Counsel: AUSA Joan Thomas, 402 East State Street, Room 502, Trenton, NJ, 08608)

**Defense Attorney:** Scott Krasney, Esq. (Retained), 820 Bear Tavern Road, Suite 304, West Trenton, NJ, 08628, (609) 882-0288.

---

## PETITIONING THE COURT

[ ✗ ] To issue a warrant
[ ✗ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**The defendant is prohibited from incurring any new credit charges or opening additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with a payment schedule for any restitution obligation. The defendant shall not encumber or liquidate interest in any assets unless it is in direct service of the restitution obligation or otherwise has the express approval of the Court.**' |
|  | A credit report obtained by the probation office on June 16, 2008 revealed that the offender had opened a new car loan on June 16, 2008 at Pitcarin Volvo/VW in Langhorne, Pennsylvania, in the amount of $16,485. |

2   The offender has violated the supervision condition which states '**The defendant is prohibited from incurring any new credit charges or opening additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with a payment schedule for any restitution obligation. The defendant shall not encumber or liquidate interest in any assets unless it is in direct service of the restitution obligation or otherwise has the express approval of the Court.**'

This same credit report obtained by the probation office on June 16, 2008 reflected the offender had also attempted to obtain a credit card without the approval of the probation office.

3   The offender has violated the supervision condition which states '**You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.**'

During a home visit conducted on August 6, 2008, the offender was confronted by the probation office about the new car loan, as well as the inquires reflected on his credit report for new lines of credit. The offender denied both acts. It was not until the probation officer met with the financing department of the car dealer and presented the offender with their documents, as well as a copy of his credit report, that the offender conceded that he had conducted the said transactions.

I declare under penalty of perjury that the foregoing is true and correct.

By: Shawn Marie Leakan
U.S. Probation Officer
Date: 9/26/08

THE COURT ORDERS:

[X] The Issuance of a Warrant
[X] The Issuance of a Summons. Date of Hearing: 10/23/08 @ 10:30
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

10/1/08
_____
Date