# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
## DISTRICT OF NEW JERSEY

CHRISTOPHER MALONEY
CHIEF PROBATION OFFICER 109 U.S. COURTHOUSE
                                    May 29, 2009 402 EAST STATE ST.
MICHAEL A. McLEAN TRENTON, NJ 08608
SUPERVISING U.S. PROBATION OFFICER (609) 989-2071
FAX: (609) 989-2367
JOHN A. SKORUPA www.njp.uscourts.gov
SUPERVISING U.S. PROBATION OFFICER

Honorable Stanley R. Chesler
Page 1
May 29, 2009
Honorable Stanley R. Chesler
United States District Court Judge
417 United States Post Office and Courthouse
Two Federal Square
Newark, New Jersey 07102-3513

                                                     RE: McKENNA, Matthew
                                                     Dkt. No.: 04-00176-001
                                                     <u>Request for Continuance</u>

Dear Judge Chesler,

The above named offender is pending a sentencing hearing before Your Honor on June 9, 2009 as a result of a formal violation of supervised release petition.

The offender's probation officer in the Eastern District of Pennsylvania, Nicole Seader, provided a current status report of the offender. She asserts that he is currently employed and has been compliant with his mental health treatment. Although the investigation still continues into his financial background and ability to pay his restitution, USPO Seader stated the offender has made some progress since his last appearance before Your Honor.

It is at the request of USPO Seader that the sentencing hearing for this offender be continued for another 90 days to allow Mr. McKenna more time to re-establish compliance with his supervision.
We remain available to discuss this request with Your Honor.

Very truly yours,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer


By: Shawn Marie Leakan
U.S. Probation Officer

/sml

Honorable Stanley R. Chesler
Page 1
May 29, 2009

5/29/09

Continuance Approved: _____ New Date: 9/16/09 @ 11:00

Continuance Denied: _____