**UNITED STATES DISTRICT COURT**
**PROBATION OFFICE**
**DISTRICT OF NEW JERSEY**

**WILFREDO TORRES**
CHIEF PROBATION OFFICER

**MICHAEL A. McLEAN**
SUPERVISING U.S. PROBATION OFFICER

**BETH L. NEUGASS**
SUPERVISING U.S. PROBATION OFFICER

September 14, 2011

109 U.S. COURTHOUSE
402 EAST STATE ST.
TRENTON, NJ 08608
(609) 989-2071
FAX: (609) 989-2367
www.njp.uscourts.gov

Honorable Stanley R. Chesler
United States District Court Judge
United States Post Office and Courthouse
Two Federal Square, Room 417
Newark, NJ 07102-3513

RE: McKENNA, Matthew
<u>Amended Violation Report and Request for Warrant</u>

Dear Judge Chesler,

Attached please find the Amended Violation of Supervised Release Report.

Additionally, the probation office learned on September 14, 2011 that the offender has been unable to be reached. The probation office in the Eastern District of Pennsylvania has attempted to call him, but his phone has been disconnected. His previous employer has reported that the offender has left the job and he "was not sure when he was coming back." Additionally, the offender's mother, who is also the victim of his new criminal conduct, has voiced grave concerns over her son's demeanor since he was confronted with the credit card fraud. She has stated, "His anger is scary," and has asked that the probation office not disclose any information that she has been providing to assist in finding his whereabouts.

To this end, we are also requesting a warrant at this time as it appears that the offender has no intent of appearing in court and the safety and welfare of the offender's parents is of concern to the probation office.

Should Your Honor concur with this recommendation, please indicate the same below and have the courtroom deputy file the warrant accordingly.

We remain available to discuss this case with Your Honor.

Very truly yours,

By: Shawn Marie Leakan
U.S. Probation Officer

/sml

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

[✓] A warrant is to be issued for this offender.

[ ] No warrant will be issued at this time.

_____
Judge's Signature

_____
Date