# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | : |
| vs. | : ORDER<br>Criminal 04-176(SRC) |
| MATTHEW MCKENNA<br>Defendant. | : |

This matter having come before this Court and for good cause,

It is on this 6th day of October, 2011,

ORDERED that the WARRANT FOR ARREST dated 9/21/2011 be and is hereby VACATED.

STANLEY R. CHESLER, U.S.D.J.