UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Stanley R. Chesler

v. : Criminal Nos.
04-00176 (SRC)

:

MATTHEW MCKENNA : ORDER DISMISSING PETITION FOR
VIOLATION OF SUPERVISED RELEASE

THIS MATTER having been briefed by the parties, Assistant United States Attorney, Patrick Askin and Assistant Federal Public Defender, Peter Carter for Mr. McKenna appearing; and for good cause shown

IT IS, on this 25 day of October, 2011;

ORDERED that the pending petition for a violation of supervised release be dismissed.

Order defendant to be released

STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE

1